United States District Court
Southern District of Texas
**ENTERED**
May 09, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDUARDO  RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-3908 |
| | § | |
| HTL ENTERPRISES, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the plaintiff's Stipulation of Dismissal with Prejudice, filed May 9, 2018 (Dkt. No. 5), and pursuant to Rule 41(a)(l)(A), 4l(a)(l)(B), and 4l(a)(2) of the FEDERAL RULES OF CIVIL PROCEDURE, and with no party other than the plaintiff, Eduardo Rodriguez and consent plaintiff Jose Raudales having appeared in this action, this action is dismissed with prejudice.

It is so ORDERED.

SIGNED on this 9th day of May, 2018.

_____
Kenneth M. Hoyt
United States District Judge